IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALFRED WILCHER, #388947,
    Plaintiff,

vs.                           Case No.:  5:05cv39/LAC/EMT

JAMES V. CROSBY, JR., et al.,
    Defendants.

_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 17, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**DONE AND ORDERED** this 20th day of July, 2005.

s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**